**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Carolyn Nosko,** | ) | **CASE NO. 1:05 CV 688** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Aetna Life Insurance Co.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having granted judgment on the administrative record in favor of defendant, hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.


 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/17/05

1